IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KELLI KEAWE, | ) | CV 22-00429 HG-WRP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING MAGISTRATE |
| | ) | JUDGE'S FINDINGS AND |
| vs. | ) | RECOMMENDATION TO DISMISS |
| | ) | THIS ACTION WITHOUT PREJUDICE |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| STATE OF HAWAII, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION
TO DISMISS THIS ACTION WITHOUT PREJUDICE (ECF No. 25)

Findings and Recommendation (ECF No. 25) having been filed and served on all parties on March 15, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: April 5, 2024, Honolulu, Hawaii.

Helen Gillmor
United States District Judge